**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
|---|---|
| RICHARD HILL | NO. 05-23290<br>JUDGE: SONDERBY |
| DEBTOR | |

**NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATIONS**

As you know, our firm represents **COUNTRYWIDE HOME LOANS SERVICING LP** in your Chapter 13 Case Number 05-23290.  In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan.  Accordingly, any information with which you provide this office can and may be used to collect that debt.

I have been informed by my client that you have failed to make payments as required

| | | |
|---|---|---|
| January 1, 2009 – April 1, 2009 regular monthly payment(s) at $950.28 each | = | $4,751.40 |
| Attorney fees | = | $200.00 |
| TOTAL | = | $4,951.40 |

Respectfully submitted,
/s/ Michael J. Kalkowski
Attorney for **Countrywide Home Loans Servicing LP**

Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Todd J. Ruchman ARDC #06271827
Fisher and Shapiro, LLC
4201 Lake Cook Rd
Northbrook, IL 60062-1060
(847)291-1717
Attorneys for Movant

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**